# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0460

_____

STEVE HARRY LONG,

Appellant,

v.

FLORIDA FISH AND WILDLIFE
CONSERVATION COMMISSION,

Appellee.

_____

On appeal from the Florida Fish and Wildlife Conservation
Commission.
M. Linville Atkins, Acting General Counsel.

March 20, 2026

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kenneth G. Oertel of Oertel, Fernandez, Bryant & Atkinson, P.A., Tallahassee, for Appellant.

Christopher Torres, General Counsel, and Bridget Kelly McDonnell, Assistant General Counsel, Florida Fish and Wildlife Conservation Commission, Tallahassee, for Appellee.